UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LETICIA SANTOS-GARCIA,**

    Petitioner,

v.        Case No.  8:12-cv-1915-T-30TGW

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

### ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1).  A review of the file indicates that this Motion should have been filed in case number 8:12-cv-1730-T-30TGW as an Amended Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  It is therefore

ORDERED AND ADJUDGED that the Clerk of Court is directed to CLOSE this case and docket Petitioner's Motion to vacate, set aside, or correct sentence (Dkt. #1) as an Amended Motion to vacate, set aside, or correct sentence in case number 8:12-cv-1730-T-30TGW.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2012\12-cv-1915.close file.frm